AMCA/American Medical Collection Agency
Attention: Bankruptcy
4 Westchester Plaza, Suite 110
Elmsford, NY 10523


Americollect Inc
Po Box 1566
1851 S Alverno Rd
Manitowoc, WI 54221


Apex Asset Mgmt
2501 Oregon Pike
Ste 102
Lancaster, PA 17601


Audit Systems Inc.
3696 Ulmerton Road
Suote 200
Clearwater, FL 33762


BBT
BRANCH BANKING & TRUST COMPANY
7701 AIRPORT CENTER DRIVE
Greensboro, NC 27409


Cavalry Portfolio Services
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595


Central Credit Audit
100 N 3rd St
Sunbury, PA 17801


CH Hospital of Allentown
PO Box 826348
Philadelphia, PA 19182

CHS Prof. Practice
PO Box 826348
Philadelphia, PA 19182


Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


Comenitycb/dtlfirstfin
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Credit Collections Services
Attention: Bankruptcy
725 Canton Street
Norwood, MA 02062


Ditech
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709


First Credit
PO Box 630838
Cincinnati, OH 45263


Global Exec
6620 Lake Worth Rd.
Lake Worth, FL 33467


Jospeh Zielinski
PO BOX 644
Quakertown, PA 18951


LCA Collections
PO Box 2240
Burlington, NC 27215

Peerless Credit Services
PO Box 518
Middletown, PA 17057


Penn Credit
Attn:Bankruptcy
Po Box 988
Harrisburg, PA 17108


Portfolio Recovery
Po Box 41067
Norfolk, VA 23541


PPL
2 North 9th Street
CPC-GENN1
Allentown, PA 18101


Progressive Physcian Assoc.
PO Box 648398
Dallas, TX 75267


Quest Diagnostics
PO Box 740775
Cincinnati, OH 45274


Sacred Heart Hospital
PO Box 5838
Somerset, NJ 08875


St. Luke's Emergency Physcians
PO Box 5386
Bethlehem, PA 18015


St. Luke's Hospital
801 Ostrum Street
Bethlehem, PA 18015

```
St. Luke's Physcian Group
Box 4096
PO Box 8500
Philadelphia, PA 19178


US Bank/RMS CC
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201


Youngs Medical
QMES, LLC Southern Region
PO Box 71412
Philadelphia, PA 19176
```