IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DORIS L. ZIELINSKI | : | CASE NO.: 18-12292 |
| | : | |
| Debtor | : | |

============================================================

| | | |
|---|---|---|
| BRANCH BANKING & TRUST CO, | : | DATE OF HEARING |
| successor by merger to National Penn Bank, | : | TIME OF HEARING |
| Movant, | : | PLACE OF HEARING |
| | : | June 28, 2018 |
| vs. | : | 9:30 a.m. |
| | : | U.S. Bankruptcy Court |
| | : | Courtroom No. 1 |
| | : | The Madison Building |
| DORIS L. ZIELINSKI, JOSEPH P. ZIELINSKI JR., | : | |
| and FREDERICK L. REIGLE, | : | 400 Washington Street |
| Chapter 13 Trustee, | : | Reading, PA 19601 |
| Respondents. | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**Movant has filed a Motion for Relief from the Automatic Stay with the Court in the above-referenced case.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **June 20, 2018** you or your attorney must do **ALL** of the following:

   a. File an answer explaining your position at:

      Clerk, U.S. Bankruptcy Court
      Eastern District of PA
      400 Washington Street
      Reading, PA 19601

**If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and**

        B.     Mail a copy to the Movant's attorney and the below listed:

Brian H. Smith, Esquire
JSDC Law Offices
11 East Chocolate Avenue, Suite 300
Hershey, PA 17033

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

        2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

        3.     A hearing on the Motion is scheduled to be held before the Honorable Richard Fehling on **June 28, 2018, at 9:30 a.m.** in Courtroom No. 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania 19601.

        4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

        5.     You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                               **JSDC LAW OFFICES**

Dated: June 6, 2018        By:    /s/ Brian H. Smith, Esquire
                                          Brian H. Smith, Esquire (PA I.D. #65627)
                                          11 East Chocolate Avenue, Suite 300
                                          Hershey, PA 17033
                                          Phone: (717) 533-3280
                                          Fax: (717) 298-2085
                                          Email: bhs@jsdc.com
                                          *Attorneys for Movant*