IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DORIS L. ZIELINSKI | : | CASE NO.: 18-12292 |
| | : | |
| Debtor | : | |

BRANCH BANKING & TRUST CO.,
successor by merger to National Penn Bank, :
    Movant,

vs.

DORIS L. ZIELINSKI, JOSEPH P.
ZIELINSKI JR.,
and FREDERICK L. REIGLE,
Chapter 13 Trustee,
    Respondents.

## ORDER

AND NOW, this _____ day of _____, 2018, IT IS HEREBY ORDERED that the Stipulation between Movant and Debtor in resolution of Movant's Motion for Relief is APPROVED.

**Date: July 5, 2018**

BY THE COURT:

_/s/ signature_

_____
B.J.

cc:  All Counsel of Record
    Chapter 13 Trustee
    Debtor
    Co-Debtor
    Office of the US Trustee
    Clerk's Office