United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12292-ref
Doris L Zielinski                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1             Date Rcvd: Jul 05, 2018
                              Form ID: pdf900        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
db             +Doris L Zielinski,    2148 Schwab Ave,    Bethlehem, PA 18015-6249
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2018 01:23:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 06 2018 01:23:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 01:30:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
              BRIAN H. SMITH    on behalf of Creditor    Branch Banking & Trust Co successor by merger To
               National Penn Bank BHS@JSDC.COM,    cmb@jsdc.com;cls@jsdc.com;eaf@jsdc.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL D. RECCHIUTI    on behalf of Debtor Doris L Zielinski mrecchiuti@lawofficesofmdr.com,
               recchiutilegalassistant@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :    CHAPTER 13
                                                    :
    DORIS L. ZIELINSKI                              :    CASE NO.: 18-12292
                                                    :
        Debtor                                      :
_____
BRANCH BANKING & TRUST CO.,                         :
successor by merger to National Penn Bank,          :
        Movant,                                     :
                                                    :
vs.                                                 :
                                                    :
                                                    :
                                                    :
DORIS L. ZIELINSKI, JOSEPH P.                       :
ZIELINSKI JR.,                                      :
and FREDERICK L. REIGLE,                            :
Chapter 13 Trustee,                                 :
        Respondents.                                :

**ORDER**

AND NOW, this _____ day of _____, 2018, IT IS HEREBY ORDERED that the Stipulation between Movant and Debtor in resolution of Movant's Motion for Relief is APPROVED.

**Date: July 5, 2018**                              BY THE COURT:

                                                    _____
                                                                              B.J.

cc:    All Counsel of Record
       Chapter 13 Trustee
       Debtor
       Co-Debtor
       Office of the US Trustee
       Clerk's Office