IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DORIS L. ZIELINSKI | : | CASE NO.: 18-12292 |
| | : | |
| Debtor | : | |

===============================================================

| | |
|---|---|
| BRANCH BANKING & TRUST CO, | : |
| successor by merger to National Penn Bank, | : |
| Movant | : |
| | : |

## PRAECIPE TO WITHDRAW OBJECTION TO PLAN

TO THE CLERK OF COURT:

Kindly withdraw the Objection to Plan filed on behalf of the above-captioned Movant.

Respectfully submitted,

**JSDC LAW OFFICES**

By:   /s/ Brian H. Smith, Esquire
Brian H. Smith, Esquire (PA I.D. #65627)
11 East Chocolate Avenue, Suite 300
Hershey, PA 17033
Phone: (717) 533-3280
Fax: (717) 298-2085
Email: bhs@jsdc.com
*Attorneys for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DORIS L. ZIELINSKI | : | CASE NO.: 18-12292 |
| | : | |
| Debtor | : | |

=====================================================================

| | |
|---|---|
| BRANCH BANKING & TRUST CO, | : |
| successor by merger to National Penn Bank, | : |
| Movant | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Praecipe to Withdraw Objection to Plan was served on the following this 6th day of September, 2018, via ECF Notification and/or via First Class U. S. Mail, Postage Pre-paid, as follows:

Michael D. Recchiuti, Esquire
1502 Center Street, Ste. 202
Bethlehem, PA 18018
Attorney for Debtor

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Doris L. Zielinski
2148 Schwab Avenue
Bethlehem, PA 18015
Debtor

Office of the U.S. Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107

**JSDC LAW OFFICES**

By:    /s/ Brian H. Smith, Esquire
      Brian H. Smith, Esquire (PA I.D. #65627)
      11 East Chocolate Avenue, Suite 300
      Hershey, PA  17033
      Phone:  (717) 533-3280; Fax:  (717) 298-2085
      Email:  bhs@jsdc.com
      *Attorneys for Movant*