IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DORIS L. ZIELINSKI
JOSEPH ZIELINSKI (NON-FILING CO-MORTGAGOR)
    Debtors

CHAPTER 13

BK. No. 18-12292-REF

ORDER

AND NOW, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: October 15, 2018**

RICHARD E. FEHLING,
Bankruptcy Judge

WILLIAM MILLER, ESQUIRE (TRUSTEE)
2901 ST LAWRENCE AVENUE, SUITE 100
READING, PA 19606

MICHAEL D. RECCHIUTI, ESQUIRE
1502 CENTER STREET, SUITE 202
BETHLEHEM, PA 18018

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

DORIS ZIELINSKI
2148 SCHWAB AVENUE
BETHLEHEM, PA 18015

JOSEPH ZIELINSKI
2148 SCHWAB AVENUE
BETHLEHEM, PA 18015