United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12292-ref
Doris L Zielinski                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Oct 15, 2018
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
db             +Doris L Zielinski,    2148 Schwab Ave,    Bethlehem, PA 18015-6249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Oct 16 2018 02:14:30      BB&T,   Bankruptcy Section,
                 PO Box 1847,    Wilson, NC  27894-1847
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 02:18:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
              BRIAN H. SMITH    on behalf of Creditor    Branch Banking & Trust Co successor by merger To
               National Penn Bank BHS@JSDC.COM,   dkd@jsdc.com;cls@jsdc.com;eaf@jsdc.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              MICHAEL D. RECCHIUTI    on behalf of Debtor Doris L Zielinski mrecchiuti@lawofficesofmdr.com,
               recchiutilegalassistant@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DORIS L. ZIELINSKI                                              : CHAPTER 13
JOSEPH ZIELINSKI (NON-FILING CO-MORTGAGOR)  :
                           Debtors                             : BK. No. 18-12292-REF

ORDER

AND NOW, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: October 15, 2018**

_____
RICHARD E. FEHLING,
Bankruptcy Judge

WILLIAM MILLER, ESQUIRE (TRUSTEE)
2901 ST LAWRENCE AVENUE, SUITE 100
READING, PA 19606

DORIS ZIELINSKI
2148 SCHWAB AVENUE
BETHLEHEM, PA 18015

MICHAEL D. RECCHIUTI, ESQUIRE
1502 CENTER STREET, SUITE 202
BETHLEHEM, PA 18018

JOSEPH ZIELINSKI
2148 SCHWAB AVENUE
BETHLEHEM, PA 18015

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107