**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DORIS L. ZIELINSKI, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  18-12292 ELF |

# O R D E R

**AND NOW**, **Debtor Doris L. Zielinski** having filed a Motion for Payment of Funds from the Bankruptcy Court Registry ("the Motion");

**AND**, the Debtor having alleged an entitlement to a return of chapter 13 plan payments made to the Chapter 13 Trustee prior to the dismissal of this case;

**AND**, it appearing that the Trustee delivered those funds **($454.80)** to the Clerk for placement in the court registry as unclaimed funds;

**AND**, there being no requirement that the United States Attorney be served pursuant to 28 U.S.C. §2042;

**AND**, the Debtor's entitlement to the refund being apparent from the face of the docket;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk shall pay the Debtor Doris L. Zielinski from the Bankruptcy Court Registry the sum of **$454.80** and shall mail the payment to her at the address set forth below.

Date: **June 21, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:  Doris Zielinski
     117 Chestnut Lake Rd
     P.O. Box 654
     Brodheadsville, PA 18322