**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   DORIS L. ZIELINSKI,   :   Chapter 13
                               :
         Debtor                :   Bky. No.  18-12292 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for Return of Funds (Doc. # 49) filed by the Debtor acting pro se;

**AND**, whereas the documents filed by the Debtor include personally identifiable information that should not be available to the public, see Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that the Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Doc. # 49 FORTHWITH**.

**Date:  June 21, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: Doris Zielinski
    117 Chestnut Lake Rd
    P.O. Box 654
    Brodheadsville, PA 18322