United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12292-elf
Doris L Zielinski                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: DonnaR    Page 1 of 1    Date Rcvd: Jun 21, 2019
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
db             +Doris L Zielinski,    2148 Schwab Ave,    Bethlehem, PA 18015-6249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
        BRIAN H. SMITH    on behalf of Creditor    Branch Banking & Trust Co successor by merger To National Penn Bank BHS@JSDC.COM,   dkd@jsdc.com;cls@jsdc.com;eaf@jsdc.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        MICHAEL D. RECCHIUTI    on behalf of Debtor Doris L Zielinski mrecchiuti@lawofficesofmdr.com, recchiutilegalassistant@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                 TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DORIS L. ZIELINSKI, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-12292 ELF |

# O R D E R

**AND NOW**, **Debtor Doris L. Zielinski** having filed a Motion for Payment of Funds from the Bankruptcy Court Registry ("the Motion");

**AND**, the Debtor having alleged an entitlement to a return of chapter 13 plan payments made to the Chapter 13 Trustee prior to the dismissal of this case;

**AND**, it appearing that the Trustee delivered those funds **($454.80)** to the Clerk for placement in the court registry as unclaimed funds;

**AND**, there being no requirement that the United States Attorney be served pursuant to 28 U.S.C. §2042;

**AND**, the Debtor's entitlement to the refund being apparent from the face of the docket;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk shall pay the Debtor Doris L. Zielinski from the Bankruptcy Court Registry the sum of **$454.80** and shall mail the payment to her at the address set forth below.

**Date: June 21, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: Doris Zielinski
117 Chestnut Lake Rd
P.O. Box 654
Brodheadsville, PA 18322