United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Doris L Zielinski  
    Debtor

Case No. 18-12292-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 21, 2019  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.  
db         +Doris L Zielinski,   2148 Schwab Ave,   Bethlehem, PA 18015-6249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
        BRIAN H. SMITH   on behalf of Creditor   Branch Banking & Trust Co successor by merger To National Penn Bank BHS@JSDC.COM, dkd@jsdc.com;cls@jsdc.com;eaf@jsdc.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JEROME B. BLANK   on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com  
        MARIO J. HANYON   on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com  
        MICHAEL D. RECCHIUTI   on behalf of Debtor Doris L Zielinski mrecchiuti@lawofficesofmdr.com, recchiutilegalassistant@gmail.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
        TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DORIS L. ZIELINSKI, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-12292 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for Return of Funds (Doc. # 49) filed by the Debtor acting pro se;

**AND**, whereas the documents filed by the Debtor include personally identifiable information that should not be available to the public, see Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that the Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Doc. # 49 FORTHWITH**.

Date: **June 21, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: Doris Zielinski
117 Chestnut Lake Rd
P.O. Box 654
Brodheadsville, PA 18322