6-20-19

Dear Mr. Waterman,

This refund check was sent to my old address and was never forwarded to me.

Could you please send to my new address?

Thank you!

Doris Zielinski
PO Box 654
Brodheadsville, PA
18322
484-635-0401

U.S. BANKRUPTCY COURT
2019 JUN 24 PM 12:29
FILED